USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:25-cr-00254**

**HOUSTON DIVISION**

USAO Number: 2023R06648

Magistrate Number:

**CRIMINAL INDICTMENT**

United States Courts
Southern District of Texas
FILED

Filed *May 15, 2025*
Nathan Ochsner, Clerk of Court

Judge: **Ellison**

**UNITED STATES of AMERICA**
vs.

ATTORNEYS:
**NICHOLAS GANJEI, USA**     (713) 567-9000
Justin R. Martin, AUSA       (713) 567-9000

RODERICK POLK a/k/a "Prime,"

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 4 )

Cts. 1-3: Possession with Intent to Distribute and Distribution of Methamphetamine [ 21 USC §§ 841(a)(1) and (b)(1)(C)]

Ct. 4: Possession with Intent to Distribute and Distribution of Methamphetamine [21 USC §§ 841(a)(1) and (b)(1)(B)]

**PENALTY:**
Cts. 1-3; NMT 20 years' imprisonment, NMT $1,000,000.00 fine, NLT 3 years' supervised release.
Ct. 4: NLT 5 years' imprisonment, NMT 40 years' imprisonment, NMT $5,000,000.00 fine, NLT 4 years' supervised release.

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**